# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00533-CV

### M. B. and O. R., Jr., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 19-0094-CPSC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant M. B. and O. R., Jr. filed their notices of appeal on November 9, 2020 and November 12, 2020 respectively. The appellate record was complete on November 19, 2020, making appellants' briefs due on December 9, 2020. On December 3, 2020 and December 7, 2020, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Lisa M. Mims and Don Clark to

file appellants' briefs no later than December 23, 2020.  If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on December 9, 2020.


Before Chief Justice Rose, Justices Baker and Kelly